# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Hexagon Manufacturing Intelligence, LLC;
Hexagon Innovation Hub GmbH

*Plaintiff(s)*

v.

N.C. Precision Corporation;
Ngoc Lam

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* N.C. Precision Corporation
c/o Steve Pham, Registered Agent
1410 Ilinois Street, Building 1
South Houston, Texas 77587

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kutak Rock LLP
Sarah E. Elsden, Attorney-in-Charge (WA #51158)
(pro hac vice application to be filed)
510 W. Riverside Ave., Suite 800
Spokane, WA 99201

Kutak Rock LLP
Brian J. Wagner (TX #24077212)
5 Park Plaza, Suite 1500
Irvine, CA 92614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*